**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00616-RBJ

BAHAA HAMDI HAMED ARAMIN,

      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility; and
GEORGE VALDEZ, Field Director of the Denver Field Office,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to

Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No. 17] entered by the Honorable R.

Brooke Jackson on May 14, 2026, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241

[ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to

be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1)

and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 14th day of May, 2026.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/M. Smotts

                M. Smotts, Deputy Clerk